IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FABIAN JAMES PATTERSON,     )
                            )
     Plaintiff,             )
                            )         CIVIL ACTION NO.
     v.                     )           2:18cv541-MHT
                            )                (WO)
ROIANNE HOULTON FRITH       )
CONNER,                     )
                            )
     Defendant.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 22) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 21) is adopted to the extent set forth in the memorandum opinion.

(3) Defendant's motion to dismiss (doc. no. 11) is granted.

(4) Defendant's motion to dismiss (doc. no. 16) is

denied as moot.

(5) Plaintiff's claims against defendant are dismissed with prejudice, except that, to the extent plaintiff seeks to challenge the constitutionality of his convictions through appropriate post-conviction relief, his claims are dismissed without prejudice.

(6) Plaintiff's motion to continue in lawsuit (doc. no. 15) is denied as moot.

(7) Plaintiff's motion to proceed (doc. no. 17) is denied as moot.

(8) Plaintiff's motion to amend the complaint (doc. no. 20) is referred back to the magistrate judge for reconsideration.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 20th day of March, 2019.

                                   /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE