IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FABIAN JAMES PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv541-MHT |
| | ) | (WO) |
| ROIANNE HOULTON FRITH CONNER and ADERO J. MARSHALL, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff initially filed this lawsuit asserting claims of slander, defamation, and falsification of legal documents, as well as non-specific civil rights and constitutional violations relating to prior criminal proceedings. He has now filed a second amended complaint attempting to allege claims related to a 2017 state criminal action. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss be granted and that a renewed motion to dismiss

be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of July, 2020.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**