IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FABIAN JAMES PATTERSON,    )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )         2:18cv541-MHT
                           )              (WO)
ROIANNE HOULTON FRITH      )
CONNER and ADERO J.        )
MARSHALL,                  )
                           )
    Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 46) is adopted.

(2) The motions to dismiss (doc. nos. 37 & 39) are granted.

(3) The renewed motion to dismiss (doc. no. 45) is denied as moot.

(4) This lawsuit is dismissed with prejudice. However, to the extent plaintiff seeks to challenge the

legality of his convictions in an appropriate postconviction proceeding, his claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of July, 2020.

                                        /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE